# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-01172-SVW | Date | August 4, 2023 |
| Title | In re Debtor: Peter Szanto | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS - ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION

Within fourteen days after filing the notice of appeal, Appellant must file the following with the Clerk of the Bankruptcy Court:

   A designation of record
   A statement of issues on appeal
   A notice regarding the ordering of transcripts

   After the designated record is complete, the Clerk of the Bankruptcy Court will transmit to the Clerk of the District Court either the record for this appeal or notice that the record is available electronically. The Clerk of the District Court will then issue a Notice Re: Bankruptcy Record Complete, which will constitute notice, pursuant to Federal Rule of Bankruptcy Procedure 8010(b)(3), that the record has been received by the District Court.

   The file in this case lacks the papers that would show it is being timely prosecuted.  Accordingly, the Court, on its own motion, hereby orders plaintiff(s) to show cause in writing no later than August 18, 2023 why this action should not be dismissed as to all remaining defendants for lack of prosecution.

|  | : |
|---|---|
| Initials of Preparer | PMC |