■ Peter Szanto
11 Shore Pine
Newport Beach CA 92657
949-887-2369



# U.S. District Court
Central District of California

| **Peter Szanto**, <br><br>        **Debtor, Appellant** | #  8:23-cv-01172  SVW <br><br> FROM: 8:23-bk-11187-SC <br><br> **Debtor's Preliminary Response to OSC of 8-4-2023** |
|---|---|

May it please this honorable court.

Appellant was extremely surprised by the Court's ORDER to Show Cause.

Appellant duly and timely filed, on 7-11-2023 [DE 5], his Designation of Matters in this Appeal. Included in [DE 5] were the Statement of Issues on Appeal.

This is what is required by Federal Rule of Bankruptcy Procedure  (FRBP) 8009.

Therefore, the OSC has erred in stating those matters are incomplete, unfinished.

As for the transcripts, there were no hearings in the Appealed from Bankruptcy; hence no courtroom appearances were transcribed.

On 8-4-2023, Appellant alerted the Bankruptcy clerk of this fact: there are no transcripts about which to be concerned.

The next step in the appeals process is FRBP 8010: completion and transmittal of the record. The duty and responsibility for those actions is assigned to the clerk of the Bankruptcy court. Appellant is not involved.

Appellant has been waiting for NOTICE that preparation and transmittal of the appellate record to this Court is complete.

This affords Appellant opportunity to amend or correct the record, if / as necessary, prior to any submissions.

If Appellant has erred in his understanding of the procedures and process of this Appeal, Appellant apologizes. Appellant is prepared to correct any faults or lateness which the Court identifies.

Appellant prays the OSC be discharged, or altered, so as properly to alert Appellant of any defects, tasks to complete or tardiness within his responsibility or control.

Most respectfully,

DATED August 6, 2023  *Signed Electronically*  Peter Szanto Signed at Irvine CA

## PROOF of SERVICE

My name is Maquisha Reynolds, I am over 21 years of age and not a party to the within action. My business address is 11 Shore Pine, Newport Beach CA 92657.

　　On the date indicated below, I personally served the within:

**Preliminary Response to OSC**

 on the following by placing the within document in postage pre-paid envelopes addressed as (and also faxing to the creditor banks) indicated below:

```
1. PRA Receivables Management   2. United States Trustee (by ECF and email)
   PO Box 41021                    Attn: Corina R. Pandeli
   Norfolk, VA 23541               880 Front Street # 3230
                                   San Diego, CA 92101

3.Bank of America               4. Chase Bank
  100 N. Tyron                     700 Kansas Lane – 1st Floor
  Charlotte NC 28255               Monroe LA 71203

  FAX to 401-865-7950              FAX to 866-282-5682


5. Bank of New York    6. Trustee Corps      7.Capital One
   21 Hanson Place       17100 Gilette Ave    6125 Lakeview Road
   Brooklyn NY 11217     Irvine CA 92614      Charlotte NC 28269

   Fax to 561-682-8644

 8. Quality Loan Service    9. Davis Wright Tremaine for Chase
    2763 Camino del Rio South   505 Montgomery St. #800
     San Diego CA 92108         San Francisco CA 94111

 10. Chevron Texaco         11. Pentagon Federal Bank
     777 Long Ridge Rd.         7940 Jones Branch Dr.
     Stamford CT 06902          McClean  VA 22102

12. Franchise Tax Board     13. IRS–Insolvency Division
    Bankruptcy Div              P.O. Box 7346
    P.O. Box 2952               Philadelphia, PA 19101
    Sacramento, CA 95812
```

and by mailing copies to the above parties *via* 1st class mail, postage prepaid. My fax machine returned successful transmission as to all 3 banks

　　I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Irvine CA.

　　　　　　　　　　　6 August 2023  *Signed Electronically*  M. Reynolds